IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, | Case No.: 2:14-cv-01856-GEB-AC |
| Plaintiff, | |
| v. | PROPOSED ORDER GRANTING APPLICATION AND PETITION OF DOUGLAS S. BURDIN FOR ADMISSION PRO HAC VICE |
| KAMALA D. HARRIS, ET AL, | |
| Defendants. | |

Upon submission and consideration of the Application and Petition of Douglas S. Burdin for Admission Pro Hac Vice (Doc. 5) in this action only pursuant to Local Rule 180(b)(2), and good cause appearing therefor,

IT IS HEREBY ORDERED that Douglas S. Burdin be admitted to practice pro hac vice in the United States District Court for the Eastern District of California for this action only.

Dated: August 28, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge