KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
TAMAR PACHTER, State Bar No. 146083
Supervising Deputy Attorney General
ALEXANDRA ROBERT GORDON, State Bar No. 207650
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5509
  Fax: (415) 703-5480
  E-mail: Alexandra.RobertGordon@doj.ca.gov
*Attorneys for Defendants*
*Attorney General Harris &*
*Director Bonham*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **SAFARI CLUB INTERNATIONAL,**<br><br>                            Plaintiff,<br><br>v.<br><br>**KAMALA D. HARRIS, in her official capacity as the Attorney General of California; CHARLTON H. BONHAM, in his official capacity as the Director of the California Department of Fish and Wildlife,**<br><br>                            Defendants. | 2:14-cv-01856-GEB-AC<br><br>**STIPULATION RE EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>**(Local Rule 144 (a))**<br><br><br>Courtroom: 10, 13th Floor<br>Judge: Hon. Garland E. Burrell, Jr.<br>Trial Date: None Set<br>Action Filed: August 6, 2014 |

Plaintiff Safari Club International and Defendants Attorney General Kamala D. Harris and Director Charlton H. Bonham ("Defendants," and collectively with plaintiff, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on August 6, 2014, Plaintiff filed its Complaint for Declaratory and Injunctive Relief;

WHEREAS, Defendants' last day to answer or otherwise respond to Plaintiff's Complaint currently is September 8, 2014;

WHEREAS, the Parties agree that Defendants' time to answer or otherwise respond to the Complaint should be extended twenty-eight days (28) to and including October 6, 2014;

WHEREAS, no previous extensions have been sought;

THEREFORE, pursuant to Local Rule 144 (a) and in consideration of the foregoing, it is hereby stipulated that:

Defendants' last day to answer or otherwise respond to Plaintiff's Complaint shall be no later than October 6, 2014.

Dated: September 2, 2014    Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General

*/s/ Alexandra Robert Gordon*
ALEXANDRA ROBERT GORDON
Deputy Attorney General
*Attorneys for Defendants Attorney General Harris & Director Bonham*

Dated: September 2, 2014    SAFARI CLUB INTERNATIONAL

*/s/ Douglas S. Burdin*
DOUGLAS S. BURDIN
*Pro hac vice*
*Attorneys for Plaintiff Safari Club International*