KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
TAMAR PACHTER, State Bar No. 146083
Supervising Deputy Attorney General
ALEXANDRA ROBERT GORDON, State Bar No. 207650
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5509
  Fax:  (415) 703-5480
  E-mail:  Alexandra.RobertGordon@doj.ca.gov
*Attorneys for Defendants*
*Attorney General Harris and Director Bonham*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **SAFARI CLUB INTERNATIONAL,**<br><br>                                                Plaintiff,<br><br>     v.<br><br>**KAMALA D. HARRIS, in her official capacity as the Attorney General of California; CHARLTON H. BONHAM, in his official capacity as the Director of the California Department of Fish and Wildlife,**<br><br>                                                Defendants. | 2:14-cv-01856-GEB-AC<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS; DECLARATION OF ALEXANDRA ROBERT GORDON**<br><br>Date:            November 17, 2014<br>Time:            9:00 a.m.<br>Courtroom:   10<br>Judge:           Hon. Garland E. Burrell, Jr.<br>Action Filed: August 7, 2014 |

1

# REQUEST FOR JUDICIAL NOTICE

Defendants Attorney General Kamala D. Harris and California Department of Fish & Wildlife Director Charlton H. Bonham respectfully request that this Court take judicial notice, pursuant to Federal Rule of Evidence 201, of (1) California Ballot Pamphlet 40-43 (Wildlife Protection, California Proposition 117 (1990)).

Federal Rule of Evidence 201(b) states that "[a] judicially noticed fact must be one not subject to reasonable dispute that is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot readily be questioned." Fed. R. Evid. 201(b). The Court may take notice of the legislative history of a statute. *See Anderson v. Holder*, 673 F.3d 1089, 1094 n.1 (9th Cir.2012) (taking notice of excerpts of a Senate Report); *In re Google Inc.*, No. 13–MD–02430–LHK, 2013 WL 5423918, *6 (N.D.Cal. Sept. 26, 2013) ("Proper subjects when ruling on a motion to dismiss include legislative history reports.") (citing *Anderson*, 673 F.3d at 1094 n.1). The Court may also take notice of facts and documents that are "not subject to reasonable dispute." *See Lee v. City of Los Angeles*, 250 F.3d 668, 688 (9th Cir. 2001). Sufficient notice of matters subject to judicial notice is provided by lodging a copy of the relevant documents and records with the Court. Accordingly, defendants respectfully request that this Court take judicial notice of the exhibit to the accompanying declaration of counsel.

Dated:  October 6, 2014                              Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General

*/s/ Alexandra Robert Gordon*
ALEXANDRA ROBERT GORDON
Deputy Attorney General
*Attorneys for Defendants*
*Attorney General Harris and Director Bonham*

Defendants' Request for Judicial Notice; Decl. of Alexandra Robert Gordon  (2:14-cv-01856-GEB-AC)

**DECLARATION OF ALEXANDRA ROBERT GORDON**

I, Alexandra Robert Gordon, declare as follows:

1. I am a Deputy Attorney General at the California Department of Justice and serve as counsel to Defendants Attorney General Kamala D. Harris and California Department of Fish & Wildlife Director Charlton H. Bonham in the above-entitled matter.

2. Except as otherwise stated, I have personal knowledge of the facts set forth in this declaration, and if called upon as a witness I could testify competently as to those facts.

3. A true and correct copy of California Ballot Pamphlet 40-43 (Wildlife Protection, California Proposition 117 (1990)) is attached hereto as **Exhibit A**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 6, 2014 at San Francisco, California.

/s/ *Alexandra Robert Gordon*

ALEXANDRA ROBERT GORDON