1  Linda J. Linton, Esq. (Counsel for Service)
   (California Bar No. 177821)
2  Linton & Associates, P.C.
   6900 S. McCarran Blvd., #2040
3  Reno, NV  89509
   Telephone: (775) 333-0881
4  Facsimile: (775) 333-0877
5  llinton@lintonlegal.com

6  Douglas S. Burdin, Esq.
   (D.C. Bar No. 434107)
7  Anna M. Seidman, Esq.
   (D.C. Bar No. 417091)
8  Safari Club International
   501 2nd Street N.E.
9  Washington, D. C.  20002
   Telephone: (202) 543-8733
10 Facsimile: (202) 543-1205
11 dburdin@safariclub.org
   aseidman@safariclub.org
12 Counsel for Plaintiff
   Safari Club International

## IN THE DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL | 2:14-cv-01856-GEB-AC |
| Plaintiff, | **STIPULATION REGARDING RESCHEDULE HEARING AND BRIEFING ON MOTION TO DISMISS, AND POSTPONING FILING OF STATUS REPORT AND SCHEDULING CONFERENCE** |
| v. | |
| KAMALA D. HARRIS, in her official capacity as the Attorney General of California; CHARLTON H. BONHAM, in his official capacity as the Director of the California Department of Fish and Wildlife | **(Local Rule 143, 144(a), 230(f))** |
| Defendants. | Courtroom: 10, 13th Floor<br>Judge: Hon. Garland E. Burrell, Jr.<br>Submitted on Record<br>Action Filed: August 6, 2014 |

**STIPULATION RE RESCHEDULING HEARING AND BRIEFING ON MOTION TO DISMISS; POSTPONING HEARING ON STATUS REPORT**

1

Plaintiff Safari Club International and Defendants Attorney General Kamala D. Harris and Director Charlton H. Bonham ("Defendants," and collectively with plaintiff, the "Parties"), by and through their respective counsel, jointly submit for approval this stipulation regarding (1) the rescheduling of the hearing and briefing on Defendants' motion to dismiss (Dkt. 15); (2) postponement of the discovery plan, the status report, and scheduling conference (currently set for November 10, 2014); and (3) granting of Defendants' October 6 request for judicial notice. In support, the Parties state the following:

WHEREAS, on August 6, 2014, Plaintiff filed its Complaint for Declaratory and Injunctive Relief.

WHEREAS, on October 6, 2014, Defendants filed a Motion to Dismiss Plaintiff's Complaint and a Request for Judicial Notice.  The Defendants noticed a hearing on the Motion to Dismiss and Request for Judicial Notice for November 17, 2014.  Under Local Rule 230(c) and (d), Plaintiff's opposition to the Motion to Dismiss would be due on November 3, 2014, and Defendants' reply would be due on November 10, 2014.

WHEREAS, due to the complexity of the issues presented and the dispositive nature of the motion to dismiss, Plaintiff requires additional time to prepare an opposition to this motion.

WHEREAS, the available hearing dates in December 2014 do not work for either party because of commitments in other cases.  The Parties have determined that February 2, 2015, is a workable and available hearing date.

WHEREAS, the only previous extension in this case was a 28-day extension to October 6, 2014 for the Defendants to answer or otherwise respond to Plaintiff's Complaint (Dkt. 14).

**STIPULATION RE RESCHEDULING HEARING AND BRIEFING ON MOTION TO DISMISS; POSTPONING HEARING ON STATUS REPORT**

2

WHEREAS, due to the complexity of the issues presented and the dispositive nature of the motion to dismiss, Plaintiff anticipates that it needs an extended oral argument of 15 minutes and although Defendants do not believe that extended oral argument is warranted, Defendants would like a comparable amount of time as granted to Plaintiffs.

WHEREAS, Plaintiff does not oppose the Defendants' Request for Judicial Notice filed on October 6, 2014.

WHEREAS, due to the pending motion to dismiss Plaintiff's complaint, the Parties believe that the preparation of a discovery plan on October 20, filing of a joint status report by October 27, and holding of a status (pretrial scheduling) conference on November 10 are premature and, in the interests of efficiency and conservation of judicial and party resources, should be postponed until after the Court has resolved the motion to dismiss.

WHEREAS, if the Court denies the motion to dismiss, the Parties will confer and propose new dates for the discovery plan, joint status report, and scheduling conference.

THEREFORE, pursuant to Local Rules 143, 144, and 230, and in consideration of the foregoing, the Parties respectfully request approval of this stipulation to grant the following relief:

The hearing on the Motion to Dismiss is rescheduled to February 2, 2015, at 9:00 a.m. in Courtroom 10, and each party shall have 15 minutes to argue.

The pretrial scheduling conference, currently scheduled for November 10, 2014, is rescheduled for April 20, 2015, at 9:00 a.m.  A joint status report shall be filed fourteen days prior to the hearing.

**STIPULATION RE RESCHEDULING HEARING AND BRIEFING ON MOTION TO DISMISS; POSTPONING HEARING ON STATUS REPORT**

3

The Defendants' unopposed request for Judicial Notice filed on October 6, 2014 is granted.

Dated this 15th day of October, 2014.

Respectfully submitted,

/s/ Douglas S. Burdin
DOUGLAS S. BURDIN
SAFARI CLUB INTERNATIONAL
(D.C. Bar No. 434107)
Pro hac vice granted
*Attorney for Plaintiff Safari Club International*

KAMALA D. HARRIS
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General

/s/ Alexandra Robert Gordon
ALEXANDRA ROBERT GORDON
Deputy Attorney General
*Attorneys for Defendants Attorney General Harris & Director Bonham*

**IT IS SO ORDERED,**

Dated:  October 16, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION RE RESCHEDULING HEARING AND BRIEFING ON MOTION TO DISMISS; POSTPONING HEARING ON STATUS REPORT

4