UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL,<br><br>    Plaintiff,<br><br>    v.<br><br>KAMALA D. HARRIS, in her official capacity as the Attorney General of California,<br><br>    Defendant. | No. 2:14-cv-01856-GEB-AC<br><br>**ORDER GRANTING AMICI'S MOTION FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF** |

The Humane Society of the United States and The Fund for Animals (collectively "Amici") seek leave to file an amicus curiae brief in support of Defendant's Motion to Dismiss Plaintiff's Complaint. Plaintiff seeks an injunction preventing enforcement of "California's ban on the importation, transportation, and possession of mountain lions hunted outside of California." (Compl. ¶ 1, ECF No. 2.)

Plaintiff opposes Amici's leave request, arguing that Amici's proposed brief is "irrelevant[,]. . . inappropriate" and prejudicial since granting the motion will have a negative impact on the briefing and hearing on Defendant's pending dismissal motion. (Pl.'s Opp'n Humane Society of the United States Mot. Leave File Amicus Curiae Brief ("Opp'n") 7:6, ECF No. 21.)

"The district court has broad discretion to appoint amici curiae." Hoptowit v. Ray, 682 F.2d 1237, 1260 (9th Cir. 1982) abrogation on other grounds recognized by Rainwater v. McGinness, 559 Fed. App'x 635, 635 (9th Cir. 2014). "District courts frequently welcome amicus briefs from nonparties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has 'unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.'" NGV Gaming, Ltd. v. Upstream Point Molate, LLC, 335 F. Supp., 2d 1016, 1067 (N.D. Cal. 2005) (quotation omitted). "Even when a party is very well represented, an amicus may provide important assistance to the court." Jamul Action Comm. v. Stevens, No. 2:13-cv-01920-KJM-KJN, 2014 WL 3853148, at *5 (E.D. Cal. Aug. 5, 2014) (quotation omitted).

Amici's proposed brief (ECF No. 18-2) contains information that is not part of Defendant's motion, and a continuance of the scheduled dismissal motion can accommodate Plaintiff's concerns regarding the timing of the motion.

Therefore, Amici's motion for leave to file an amicus brief is GRANTED and the hearing on Defendant's motion to dismiss scheduled for argument on February 2, 2015 is rescheduled to commence at 9:00 a.m. on February 17, 2015.

Dated: January 13, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2