KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
TAMAR PACHTER, State Bar No. 146083
Supervising Deputy Attorney General
ALEXANDRA ROBERT GORDON, State Bar No. 207650
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5509
 Fax:  (415) 703-5480
 E-mail:  Alexandra.RobertGordon@doj.ca.gov
*Attorneys for Defendants*
*Attorney General Harris and Director Bonham*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **SAFARI CLUB INTERNATIONAL,**<br><br>Plaintiff,<br><br>v.<br><br>**KAMALA D. HARRIS, in her official capacity as the Attorney General of California; CHARLTON H. BONHAM, in his official capacity as the Director of the California Department of Fish and Wildlife,**<br><br>Defendants. | 2:14-cv-01856-GEB-AC<br><br>**STIPULATION AND [PROPOSED] ORDER RE CHANGING HEARING DATE AND BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS**<br><br>**(Local Rule 230(f))**<br><br>Courtroom:   10<br>Judge:         Hon. Garland E. Burrell, Jr.<br>Action Filed: August 6, 2014 |

1

Plaintiff Safari Club International and Defendants Attorney General Kamala D. Harris and Director Charlton H. Bonham ("Defendants," and collectively with plaintiff, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS on October 6, 2014, Defendants filed a Motion to Dismiss Plaintiff's Complaint, originally noticed for hearing on November 17, 2014;

WHEREAS by stipulation of the parties and Order of this Court, the hearing date was rescheduled for February 2, 2015, with an extended argument time of 15 minutes per side;

WHEREAS on December 17, 2014, proposed amicus curiae the Humane Society of the United States and the Fund for Animals filed a Motion for Leave to File and Amicus Curiae Brief, which was granted by this Court on January 14, 2015;

WHEREAS the hearing on the motion to dismiss was reset by the Court to February 17, 2015;

WHEREAS counsel for Defendants has an appearance before the Honorable Manuel Real in the Central District of California at 10:00 a.m. on February 17, 2015, on a motion for a preliminary injunction in *Americans for Prosperity Foundation v. Harris*, Case No. 2:14-cv-09448, and thus has a conflict on February 17, 2015;

THEREFORE, in consideration of the foregoing, it is hereby stipulated that:

The hearing date on the motion to dismiss shall be continued until March 30, 2015, at 9:00 a.m., or the earliest date thereafter that is convenient for the Court;

Pursuant to Local Rule 230, Plaintiff's opposition to the motion to dismiss shall be due on March 16, 2015 (or two weeks before any later scheduled hearing date); and

Pursuant to Local Rule 230, Defendants' reply shall be due on March 23, 2015 (or one week before any later scheduled hearing date).

| | |
|---|---|
| Dated: January 15, 2015 | By:  Kamala D. Harris<br>Attorney General of California<br>Tamar Pachter<br>Supervising Deputy Attorney General<br><br>*/s/ Alexandra Robert Gordon*<br>Alexandra Robert Gordon<br>Deputy Attorney General<br>Attorneys for Defendants<br>Attorney General Harris and Director Bonham<br><br>By: SAFARI CLUB INTERNATIONAL<br>501 2nd Street N.E.<br>Washington, D. C. 20002<br>Telephone: (202) 543-8733<br>Facsimile: (202) 543-1205<br>dburdin@safariclub.org<br><br>*/s/ Douglas S. Burdin*<br>Douglas S. Burdin (admitted pro hac vice)<br>Attorneys for Plaintiff Safari Club International |

HAVING CONSIDERED THE STIPULATION OF THE PARTIES, **IT IS SO ORDERED**:

Dated: January 16, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge