Safari Club International v. Harris, et al.
2:14-cv-01856-GEB-AC

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS, AND DECLARATION OF DOUGLAS S. BURDIN**

# EXHIBIT B



AS OF 12/31/14

# CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE

## Hunting

Items Reported by License Year

| Licenses | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| Resident Hunting (Annual) | 251,572 | 246,701 | 248,262 | 251,046 | 236,044 | 0 | | | | |
| Lifetime Hunting | 4,987 | 4,676 | 4,858 | 4,942 | 5,023 | 0 | | | | |
| Junior Hunting (Annual) | 20,520 | 20,553 | 20,505 | 20,959 | 18,289 | 0 | | | | |
| Lifetime Junior Hunting | 691 | 649 | 739 | 769 | 793 | 0 | | | | |
| Disabled Veteran Hunting | 2,019 | 2,370 | 2,734 | 3,124 | 3,204 | 0 | | | | |
| Recovering Service Member | 0 | 0 | 4 | 7 | 11 | 0 | | | | |
| Non-Resident Hunting (Annual) | 3,711 | 3,915 | 3,965 | 3,736 | 3,025 | 0 | | | | |
| Non-Resident 1-Day Hunting | 565 | 171 | 144 | 236 | 138 | 0 | | | | |
| Non-Resident 2-Day Hunting | 3,164 | 3,231 | 3,007 | 3,022 | 1,727 | 0 | | | | |
| *Sub Total - Hunting Licenses* | *287,229* | *282,266* | *284,218* | *287,841* | *268,254* | *0* | *0* | *0* | *0* | *0* |
| Resident First Deer Tag | 139,283 | 140,633 | 139,895 | 143,697 | 143,125 | 0 | | | | |
| Non-Resident First Deer Tag | 978 | 975 | 974 | 942 | 962 | 0 | | | | |
| Resident Second Deer Tag | 40,600 | 38,933 | 38,972 | 40,172 | 38,649 | 0 | | | | |
| Non-Resident SecondDeer Tag | 64 | 54 | 50 | 56 | 55 | 0 | | | | |
| Lifetime Deer Tag | 2,160 | 1,916 | 2,028 | 2,043 | 2,117 | 0 | | | | |
| Duplicate/Exchange Deer Tag | 566 | 215 | 240 | 191 | 222 | 0 | | | | |
| *Sub Total - Deer Tags* | *183,651* | *182,726* | *182,159* | *187,101* | *185,130* | *0* | *0* | *0* | *0* | *0* |
| Resident Pronghorn Antelope Tag | 231 | 240 | 240 | 199 | 197 | 0 | | | | |
| Non-Resident Pronghorn Antelope Tag | 0 | 1 | 1 | 0 | 1 | 0 | | | | |
| Resident Bighorn Sheep Tag | 21 | 25 | 23 | 18 | 12 | 0 | | | | |
| Non-Resident Bighorn Sheep Tag | 1 | 2 | 3 | 4 | 2 | 0 | | | | |
| Resident Elk Tag | 415 | 421 | 439 | 410 | 353 | 0 | | | | |
| Non-Resident Elk Tag | 7 | 5 | 3 | 4 | 5 | | | | | |
| *Sub Total - Antelope, Bighorn Sheep, Elk Tags* | *675* | *694* | *709* | *635* | *570* | *0* | *0* | *0* | *0* | *0* |
| Resident Antelope Tag Drawing Application | Not Avail. | 22,715 | 23,039 | 21,929 | 22,637 | 0 | | | | |
| Non-Resident Antelope Tag Drawing Application | Not Avail. | 282 | 301 | 307 | 351 | 0 | | | | |
| Resident Bighorn Sheep Tag Drawing Application | Not Avail. | 12,179 | 12,756 | 12,329 | 12,706 | 0 | | | | |
| Non-Resident Bighorn Sheep Tag Drawing Application | Not Avail. | 668 | 682 | 688 | 725 | 0 | | | | |
| Resident Elk Tag Drawing Application | Not Avail. | 31,602 | 32,194 | 31,369 | 32,494 | 0 | | | | |
| Non-Resident Elk Tag Drawing Application | Not Avail. | 474 | 489 | 517 | 573 | 0 | | | | |
| EAS Tag Return Processing Fee | 11 | 3 | 24 | 7 | 23 | 0 | | | | |
| EAS Drawing Application | 61,034 | See Above | See Above | See Above | See Above | See Above | | | | |
| *Sub Total - Antelope, Bighorn Sheep, Elk Draw* | *61,045* | *67,923* | *69,485* | *67,146* | *69,509* | *0* | *0* | *0* | *0* | *0* |
| Fundraising Deer Tag Random Drawing | N/A | 15,516 | 18,054 | 17,984 | 17,720 | 0 | | | | |
| Fundraising Bighorn Sheep Tag Random Drawing | N/A | N/A | 16,488 | 12,585 | 0 | 0 | | | | |
| Fundraising Antelope Tag Random Drawing | N/A | N/A | 6,548 | 6,335 | 5,927 | 0 | | | | |
| Fundraising Elk Tag Random Drawing | N/A | 12,020 | 13,696 | 13,110 | 14,152 | 0 | | | | |
| *Sub Total - Fundraising Drawing* | *0* | *27,536* | *54,786* | *50,014* | *37,799* | *0* | *0* | *0* | *0* | *0* |



AS OF 12/31/14

# CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE

## Hunting

Items Reported by License Year

| Licenses | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| Resident Bear Tags | 24,576 | 24,954 | 24,625 | 23,328 | 26,481 | 0 | | | | |
| Non-Resident Bear Tags | 268 | 237 | 247 | 69 | 95 | 0 | | | | |
| *Sub Total - Bear* | *24,844* | *25,191* | *24,872* | *23,397* | *26,576* | *0* | *0* | *0* | *0* | *0* |
| Resident Wild Pig Tag | 48,125 | 49,461 | 50,956 | 51,986 | 36,210 | 0 | | | | |
| Non-Resident Wild Pig Tag | 1,218 | 1,016 | 1,197 | 1,192 | 388 | 0 | | | | |
| Lifetime Wild Pig Tags | 11,225 | 7,759 | 8,196 | 8,269 | 7,831 | 0 | | | | |
| *Sub Total - Wild Pig Tags* | *60,568* | *58,236* | *60,349* | *61,447* | *44,429* | *0* | *0* | *0* | *0* | *0* |
| Bobcat Hunting Tags (Book of 5) | 3,684 | 4,593 | 12,461 | 12,632 | 11,493 | 0 | | | | |
| Bobcat Shipping Tags | 1,078 | 1,525 | 1,577 | 1,483 | 41 | 0 | | | | |
| *Sub Total - Bobcat Tags* | *4,762* | *6,118* | *14,038* | *14,115* | *11,534* | *0* | *0* | *0* | *0* | *0* |
| Duck Validation | 67,551 | 67,637 | 68,806 | 68,095 | 64,857 | 0 | | | | |
| Collector Duck Stamp | 59 | 418 | 260 | 680 | 51 | 0 | | | | |
| Lifetime Duck Validation | 2,625 | 2,237 | 2,198 | 2,240 | 2,273 | 0 | | | | |
| Waterfowl Reservation Application | 740,522 | 759,168 | 833,433 | 876,700 | 851,917 | 0 | | | | |
| 1-Day Type A Wildlife Area Permit | 36,004 | 13,473 | 11,710 | 10,324 | 7,284 | 0 | | | | |
| 2-Day Type B Wildlife Area Pass | 3,071 | 13,184 | 14,771 | 15,300 | 13,872 | 0 | | | | |
| Type A Wildlife Area Season Pass | 3,822 | 5,404 | 5,476 | 5,411 | 4,404 | 0 | | | | |
| Type B Wildlife Area Season Pass | 785 | 958 | 962 | 778 | 561 | 0 | | | | |
| Upland Game Bird Validation | 175,505 | 173,373 | 173,590 | 175,616 | 162,163 | 0 | | | | |
| Collector Upland Game Bird Stamp | 30 | 129 | 86 | 164 | 30 | 0 | | | | |
| Lifetime Upland Game Bird Validation | 2,649 | 2,278 | 2,404 | 2,491 | 3,522 | 0 | | | | |
| Harvest Inforamtion Program Validation | 22,467 | 174,251 | 184,441 | 183,293 | 157,416 | 0 | | | | |
| *Sub Total - Game Bird Hunting* | *1,055,090* | *1,212,510* | *1,298,137* | *1,341,092* | *1,268,350* | *0* | *0* | *0* | *0* | *0* |
| **TOTAL HUNTING** | **1,677,864** | **1,863,200** | **1,988,753** | **2,032,788** | **1,912,151** | **0** | **0** | **0** | **0** | **0** |
