Safari Club International v. Harris, et al.
2:14-cv-01856-GEB-AC

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS, AND DECLARATION OF DOUGLAS S. BURDIN**

# EXHIBIT C

**Eastern puma (=cougar) *(Puma concolor couguar)***

**5-YEAR REVIEW:**
Summary and Evaluation

Mark McCollough
U.S. Fish and Wildlife Service
Maine Field Office
Orono, Maine

March 2011

**5-YEAR REVIEW**

**Species reviewed:** Eastern puma (=cougar)  *(Puma concolor couguar)*

## TABLE OF CONTENTS

1.0      GENERAL INFORMATION .......................................................................................   1

1.1      Reviewers ...........................................................................................................   1

1.2      Methodology Used to Complete the Review ...........................................................   1

1.3      Background .........................................................................................................   2
         1.3.1   FR notice announcing initiation of this review ...........................................   2
         1.3.2   Listing history ...............................................................................   2
         1.3.3   Associated rulemakings/actions .....................................................................   2
         1.3.4   Review history ...............................................................................   2
         1.3.5   Species' Recovery Priority Number at start of 5-year review ....................   3
         1.3.6   Recovery plan .............................................................................   3

2.0      REVIEW ANALYSIS .........................................................................................   3

2.1      Application of the 1996 Distinct Population Segment (DPS) policy .......................   3

2.2      Recovery Criteria ...............................................................................................   3
         2.2.1   Does the species have an approved recovery plan containing objective,
                 measurable criteria? ...........................................................................   3
         2.2.2   Adequacy of recovery criteria ......................................................................   4
         2.2.3   Discussion of how each criterion has or has not been met, citing
                 information ...............................................................................   4

2.3      Updated Information and Current Species Status ...................................................   4
         2.3.1   Biology and habitat .......................................................................   4
         2.3.1.1 New information on the species' biology and life history............................   4
         2.3.1.2 Abundance, population trends, demographic features, or demographic
                 trends ……………………………………………………………….....   8
         2.3.1.3 Genetics, genetic variation, or trends in genetic variation ………....……   29
         2.3.1.4 Taxonomic classification or changes in nomenclature……………….......   29
         2.3.1.5 Spatial distribution, trends in spatial distribution, or historic range …....…   36
         2.3.2   Five-factor analysis …..……………………..……………………….....   56

2.4      Synthesis ...........................................................................................................   56

3.0    RESULTS ........................................................................................................ 57

       3.1    Recommended Classification ................................................................ 57
       3.2    Recovery Priority Number ................................................................... 57
       3.3    Listing/Reclassification Priority Number ............................................ 57

4.0    RECOMMENDATIONS FOR FUTURE ACTIONS ........................................ 58

5.0    REFERENCES ................................................................................................ 58

Signature Page .......................................................................................................... 90

Acknowledgments ………………………………………………………………. 91

Appendix A.  Survey sent to State fish and wildlife agencies………………………………… 92

Appendix B.  Published records of pumas since 1900………………………………..………. 94

## FIGURES

Figure 1.  Distribution originally assigned to *Puma concolor couguar* …………………………….. 31

Figure 2.  Distribution of North American subspecies of *Puma concolor* recognized by Hall (1981)   31

Figure 3.  The geographic ranges of six revised subspecies of pumas as define by mtDNA and
           microsatellite analysis …………………………………………………………………. 34

Figure 4.  Puma occurrences with a high level of validity as documented by The Cougar Network..   54

## U.S. FISH AND WILDLIFE SERVICE
## 5-YEAR REVIEW

November 2010

**Species reviewed:** *Puma (=Felis) concolor couguar*, Eastern cougar (=puma)

## 1.0  GENERAL INFORMATION

### 1.1  Reviewers

Martin Miller, U.S. Fish and Wildlife Service (USFWS) Region 5, (413) 253-8615

Mary Parkin, USFWS Region 5, (617) 417-3331

**Lead Field Office:**  Maine Field Office, 17 Godfrey Drive, Suite #2
Orono, Maine 04473
Mark McCollough, (207) 866-3344, extension 115
mark_mccollough@fws.gov

**Lead Regional Office:**  Region 5, 300 Westgate Center Drive, Hadley, Massachusetts  01035
Mary Parkin, (617) 417-3331, mary_parkin@fws.gov

**Cooperating Region(s):**  Region 3, Federal Building
1 Federal Drive
Fort Snelling, Minnesota  55111-4056
Carlita Payne, (612) 713-5339, carlita_payne@fws.gov

Region 4
1875 Century Boulevard, NE Suite 400
Atlanta, Georgia  30345
Kelly Bibb, (404) 679-7132, kelly_bibb@fws.gov

### 1.2  Methodology Used to Complete the Review

This review was based on information obtained from reports, surveys, peer-reviewed and published scientific literature, books, Web sites, and other scientific and management information.  This information was augmented by conversations with and comments from biologists and other experts familiar with the species.  Information was also obtained from a survey (Appendix A) distributed to the fish and wildlife agencies in 21 States and Washington, D.C. within the historic range of the eastern puma, as mapped in the recovery plan (U.S. Fish and Wildlife Service (USFWS) 1982). Although we did not send surveys to eastern Canadian Provinces, we reviewed other sources of information for this portion of the historic range.  From the survey, we received responses from 14 States (Connecticut, Indiana, Maine, Maryland, Massachusetts, Michigan, New Hampshire, New York, North Carolina, South Carolina, Rhode Island, Vermont, Virginia, and West Virginia) and Washington, D.C.  We also created an eastern puma website (http://www.fws.gov/northeast/ECougar/) to collect reports from the public of sightings of pumas. We received approximately 573 written and electronic mail responses from the public as follows: Connecticut =6, Delaware=1, Illinois=1, Maine=17, Maryland=17, Massachusetts=6, Michigan=18,

1

Minnesota=1, Montana=1, New Brunswick=1, New Hampshire=17, New Jersey=5, New York=46, North Carolina=73, Ohio=3, Pennsylvania=270, South Carolina=15, Rhode Island=2, Tennessee=5, Vermont=10, Virginia=25, West Virginia=4, and miscellaneous=29.  We received no public comments from eastern Canada or Washington, D.C.  There are thousands of unconfirmed reports of pumas in the 21-State region in State wildlife agency files.  We received photographs and video of alleged pumas, puma-killed animals, scat, tracks, and other signs, some of which were possibly evidence of pumas but could not be verified.  We relied primarily on published scientific information and information provided by State wildlife agencies.  We used the methodology of The Cougar Network (http://www.cougarnet.org/, Appendix B) to classify reports and observations.

The review, conducted by Mark McCollough, Ph.D., USFWS Maine Field Office, consisted of an evaluation of the recovery objectives and criteria in the Eastern Cougar Recovery Plan (USFWS 1982).  All recommendations resulting from this review are a result of a thorough review of all available published information on the eastern cougar (=puma).  We did not have the means to collect all unpublished information, including the thousands of unpublished reports of puma occurrences in State and private organization files.

Comments on this review were received from USFWS Regions 3, 4, and 5.  No part of this review was contracted to an outside party.  After USFWS' review, we received additional information concerning pumas in Quebec and Ontario, which were incorporated into Appendix B.  This information did not change the conclusions or recommendations of this status review.

## 1.3  Background

**1.3.1  Federal Register (FR) Notice announcing initiation of this review:**  January 29, 2007 (72 FR 4018-4019):  Initiation of a 5-year Review of 10 Listed Northeastern Species.

**1.3.2  Listing history:**
Original listing
FR Notice:             37 FR 14678 Amendments to List of Endangered Fish and Wildlife
Date listed:           June 4, 1973
Entity listed:         Subspecies, *Felis (=Puma) concolor couguar*, Eastern cougar (=puma).
Classification:        Endangered in eastern North America.

**1.3.3  Associated rulemakings/actions:**  None.  Critical habitat has not been designated for this species.

**1.3.4  Review history:**  A comprehensive review of the status of the puma in North America, including the eastern puma, was completed by the USFWS in 1976 (Nowak 1976).  Robert L. Downing (newsletters from 1979 to 1982) did the last review of the eastern puma for the USFWS in 1978.  He distributed surveys to 30 eastern State wildlife agencies and three Canadian Provinces.  All three Canadian Provinces and Tennessee, North Carolina, Virginia, West Virginia, Connecticut, Massachusetts and New York responded that they believed they had wild pumas.  States and Provinces had no estimates of population size, except for Florida documenting 10 to 15 animals.  Six States responded with knowledge of captive pumas escaping or being released, but none believed these contributed to self-sustaining populations.  New Brunswick, all seven "Florida panther States," and four other States thought that pumas had been present long enough to possibly represent native, not introduced, animals.

Since then, the eastern puma was included in three cursory 5-year reviews.  The following list of previous 5-year reviews in which the eastern puma was included was generated from a search of the Hein-Online database of FR notices, and from other notices found in files.

> **May 21, 1979** (44 FR 29566) – review of all species (foreign and domestic listings) listed prior to 1975.  Three FR notices refer to results of the 1979 review:  45 FR 40958, June 16, 1980 (completion notice for three kangaroos); 29 FR 10520, March 20, 1984 (Arctic peregrine reclassified); and 50 FR 4938, February 4, 1985 (eastern brown pelican DPS delisted).

> **July 22, 1985** (50 FR 29901) – all species listed before 1976, and in 1979 to 80 (foreign and domestic listings).  Resulted in 52 FR 25522 (July 7, 1987) notice of completion with no changes.

> **November 6, 1991** (56 FR 56882) – all species (foreign and domestic listings) listed before 1991.

No formal 5-year reviews have heretofore been conducted specifically for the eastern puma.  Nowak (1976) did a review of the status of pumas in North America for the USFWS.  The recovery plan (USFWS 1982) also included a status assessment.

**1.3.5  Species' Recovery Priority Number at start of 5-year review:**  18 (TESS database).  This recovery priority number has been based on a presumption of extinction.

**1.3.6  Recovery plan:** Eastern Cougar Recovery Plan (USFWS 1982), prepared by Robert L. Downing, USFWS, Clemson, South Carolina
**Date issued:**      August 2, 1982


# 2.0  REVIEW ANALYSIS

## 2.1  Application of the 1996 Distinct Population Segment (DPS) Policy

**2.1.1  Is the species under review a vertebrate?**  Yes.

**2.1.2  Is the species under review listed as a DPS?**  No.

**2.1.3  Is there relevant new information for this species regarding the application of the DPS policy?**  No.  See sections 2.2 and 2.3 below.

## 2.2  Recovery Criteria

**2.2.1  Does the species have a final, approved recovery plan containing objective, measurable recovery criteria?**  A recovery plan was approved in 1982.  Recovery objectives for reclassifying the Eastern puma from endangered to threatened (i.e., downlisting) will be achieved when one population containing at least 50 breeding adults is found or established.  Delisting (= recovery) will occur when at least three self-sustaining populations (each containing >50 breeding adults) are found or established.  This recovery plan is among the first written and does not contain measurable