Safari Club International v. Harris, et al.
2:14-cv-01856-GEB-AC

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION
TO MOTION TO DISMISS, AND DECLARATION OF DOUGLAS S. BURDIN**

# EXHIBIT E

Case 2:14-cv-01856-GEB-AC    Document 28-5    Filed 02/27/15    Page 2 of 2

# CPI Inflation Calculator

$ 200,000.00

in 1970 ⌄

Has the same buying power as:

$1,204,675.26

in 2015 ⌄

Calculate

About this calculator

Mobile Browser? View full screen.