Linda J. Linton, Esq. (Counsel for Service)
(California Bar No. 177821)
Linton & Associates, P.C.
6900 S. McCarran Blvd., #2040
Reno, NV  89509
Telephone: (775) 333-0881
Facsimile: (775) 333-0877
llinton@lintonlegal.com

Douglas S. Burdin, Esq.
(D.C. Bar No. 434107)
Anna M. Seidman, Esq.
(D.C. Bar No. 417091)
Safari Club International
501 2nd Street N.E.
Washington, D. C.  20002
Telephone: (202) 543-8733
Facsimile: (202) 543-1205
dburdin@safariclub.org
aseidman@safariclub.org
Counsel for Plaintiff
Safari Club International

**IN THE DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**
SACRAMENTO DIVISION

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, <br><br> Plaintiff, <br><br> v. <br><br> KAMALA D. HARRIS, in her official capacity as the Attorney General of California; CHARLTON H. BONHAM, in his official capacity as the Director of the California Department of Fish and Wildlife, <br><br> Defendants. | 2:14-cv-01856-GEB-AC <br><br> **STIPULATION RE CHANGING SCHEDULING CONFERENCE AND JOINT STATUS REPORT DATES** <br><br><br> Courtroom: 10, 13th Floor <br> Judge: Hon. Garland E. Burrell, Jr. <br> Action Filed: August 6, 2014 |

**STIPULATION RE CHANGING SCHEDULING CONFERENCE AND JOINT STATUS REPORT DATES** (2:14-CV-01856-GEB-AC)

1

Plaintiff Safari Club International ("Safari Club") and Defendants Attorney General Kamala D. Harris and Director Charlton H. Bonham ("Defendants," and collectively with Safari Club, the "Parties"), by and through their respective counsel, jointly submit for approval this stipulation regarding the rescheduling of the pretrial scheduling conference (currently set for April 20, 2015) and joint status report (currently due April 4, 2015).  In support, the Parties state the following:

WHEREAS, on August 6, 2014, Safari Club filed its Complaint for Declaratory and Injunctive Relief.

WHEREAS on October 6, 2014, Defendants filed a Motion to Dismiss Safari Club's Complaint, originally noticed for hearing on November 17, 2014;

WHEREAS by stipulation of the parties and Orders of this Court, the hearing date was ultimately rescheduled for April 20, 2015;

WHEREAS by an Order dated October 17, 2014 (Dkt. 17), the Court scheduled a pretrial scheduling conference for April 20, 2015, approximately 10 weeks after the then-current date for the hearing on the motion to dismiss (February 2), and ordered the parties to file a joint status report 14 days prior to the scheduling conference.

WHEREAS, due to the pending motion to dismiss Safari Club's complaint, the Parties believe that the preparation of a joint status report by April 6, 2015, and holding of a pretrial scheduling conference on April 20, 2015, are premature and, in the interests of efficiency and conservation of judicial and party resources, should be postponed until after the Court has resolved the motion to dismiss.

2

**STIPULATION RE CHANGING SCHEDULING CONFERENCE AND JOINT STATUS REPORT DATES** (2:14-CV-01856-GEB-AC)

WHEREAS, the Court previously set the pretrial scheduling conference for approximately 10 weeks after the hearing on the motion to dismiss, the Parties suggest a new pretrial scheduling conference be scheduled for June 29, 2015, and the joint status report be due 14 days prior to this date;

THEREFORE, in consideration of the foregoing, the Parties respectfully request approval of this stipulation to grant the following relief:

The preparation of the joint status report be rescheduled to June 15, 2015, and the April 20, 2015 pretrial scheduling conference be rescheduled to June 29, 2015, or the earliest date thereafter that is convenient for the Court.

Dated this 27th day of March, 2015.

        Respectfully submitted,

        */s/ Douglas S. Burdin*
        DOUGLAS S. BURDIN
        SAFARI CLUB INTERNATIONAL
        (D.C. Bar No. 434107)
        Pro hac vice granted
        *Attorney for Plaintiff Safari Club International*

        KAMALA D. HARRIS
        Attorney General of California
        TAMAR PACHTER
        Supervising Deputy Attorney General

        */s/ Alexandra Robert Gordon*
        ALEXANDRA ROBERT GORDON
        Deputy Attorney General
        *Attorneys for Defendants Attorney General Harris & Director Bonham*

**STIPULATION RE CHANGING SCHEDULING CONFERENCE AND JOINT STATUS REPORT DATES** (2:14-CV-01856-GEB-AC)

1  HAVING CONSIDERED THE STIPULATION OF THE PARTIES, AND GOOD CAUSE

2  APPEARING, **IT IS SO ORDERED**:

5  Dated: _____          _____
6                                                                          Hon. Garland E. Burrell, Jr.