1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  TAMAR PACHTER, State Bar No. 146083
   Supervising Deputy Attorney General
3  ALEXANDRA ROBERT GORDON, State Bar No. 207650
   Deputy Attorney General
4   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
5   Telephone: (415) 703-5509
    Fax: (415) 703-5480
6   E-mail: Alexandra.RobertGordon@doj.ca.gov
   *Attorneys for Defendants*
7  *Attorney General Harris &*
   *Director Bonham*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **SAFARI CLUB INTERNATIONAL,** | 2:14-cv-01856-GEB-AC |
| Plaintiff, | **STIPULATION RE EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT** |
| v. | |
| **KAMALA D. HARRIS, in her official capacity as the Attorney General of California; CHARLTON H. BONHAM, in his official capacity as the Director of the California Department of Fish and Wildlife,** | **(Local Rule 144 (a))** |
| | Courtroom:  10, 13th Floor |
| | Judge:  Hon. Garland E. Burrell, Jr. |
| Defendants. | Trial Date:  None Set |
| | Action Filed:  August 6, 2014 |

1

Plaintiff Safari Club International and Defendants Attorney General Kamala D. Harris and Director Charlton H. Bonham ("Defendants," and collectively with plaintiff, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on May 13, 2015, Plaintiff filed its First Amended Complaint for Declaratory and Injunctive Relief;

WHEREAS, Defendants' last day to answer or otherwise respond to Plaintiff's First Amended Complaint currently is June 1, 2015;

WHEREAS, the Parties agree that Defendants' time to answer or otherwise respond to the Complaint should be extended sixteen (16) days to and including June 17, 2015;

WHEREAS, no previous extensions have been sought with respect to Plaintiff's First Amended Complaint;

THEREFORE, pursuant to Local Rule 144 (a) and in consideration of the foregoing, it is hereby stipulated that:

Defendants' last day to answer or otherwise respond to Plaintiff's First Amended Complaint shall be no later than June 17, 2015.

Dated:  May 27, 2015                              Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General

*/s/ Alexandra Robert Gordon*
ALEXANDRA ROBERT GORDON
Deputy Attorney General
*Attorneys for Defendants Attorney General Harris & Director Bonham*

Dated:  May 27, 2015                              SAFARI CLUB INTERNATIONAL

*/s/ Douglas S. Burdin*
DOUGLAS S. BURDIN
*Pro hac vice*
*Attorneys for Plaintiff Safari Club International*