# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Safari Club International v. Kamala D. Harris, et al.** | No. | **2:14-cv-01856-GEB-AC** |

I hereby certify that on <u>May 27, 2015</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION RE EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>May 27, 2015</u>, at San Francisco, California.

| N. Newlin | /s/ N. Newlin |
|---|---|
| Declarant | Signature |

20740599.doc