Linda J. Linton, Esq. (Counsel for Service)
(California Bar No. 177821)
Linton & Associates, P.C.
6900 S. McCarran Blvd., #2040
Reno, NV  89509
Telephone: (775) 333-0881
Facsimile: (775) 333-0877
llinton@lintonlegal.com

Douglas S. Burdin, Esq.
(D.C. Bar No. 434107)
Anna M. Seidman, Esq.
(D.C. Bar No. 417091)
Safari Club International
501 2nd Street N.E.
Washington, D. C.  20002
Telephone: (202) 543-8733
Facsimile: (202) 543-1205
dburdin@safariclub.org
aseidman@safariclub.org
Counsel for Plaintiff
Safari Club International

# IN THE DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL ) | 2:14-cv-01856-GEB-AC |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| KAMALA D. HARRIS, in her official ) | **STIPULATION RE** |
| capacity as the Attorney General of ) | **CHANGING SCHEDULING** |
| California; CHARLTON H. BONHAM, ) | **CONFERENCE AND JOINT** |
| in his official capacity as the Director of ) | **STATUS REPORT DATES** |
| the California Department of Fish and ) | |
| Wildlife, ) | |
| ) | |
| Defendants. ) | |
| ) | Courtroom: 10, 13th Floor |
| ) | Judge: Hon. Garland E. Burrell, Jr. |
| ) | Action Filed: August 6, 2014 |

**STIPULATION RE CHANGING SCHEDULING CONFERENCE AND JOINT STATUS REPORT DATES** (2:14-CV-01856-GEB-AC)

1

Plaintiff Safari Club International ("Safari Club") and Defendants Attorney General Kamala D. Harris and Director Charlton H. Bonham ("Defendants," and collectively with Safari Club, the "Parties"), by and through their respective counsel, jointly submit for approval this stipulation regarding the rescheduling of the pretrial scheduling conference (currently set for June 22, 2015) and joint status report (currently due June 8, 2015).  In support, the Parties state the following:

WHEREAS, on August 6, 2014, Safari Club filed its Complaint for Declaratory and Injunctive Relief;

WHEREAS by Order dated April 29, 2015 this Court granted Defendants' Motion to Dismiss Safari Club's Complaint and granted Safari Club fourteen (14) days to file a First Amended Complaint (ECF No. 37);

WHEREAS, on May 13, 2015, Safari Club filed its First Amended Complaint for Declaratory and Injunctive Relief (ECF No. 38);

WHEREAS by stipulation of the Parties, Defendants' last day to answer or otherwise respond to Safari Club's First Amended Complaint is June 17, 2015 (ECF No. 39);

WHEREAS Defendants anticipate filing a motion to dismiss noticed for hearing on September 14, 2015, or the earliest date thereafter that is convenient for the Court;

WHEREAS by stipulation of the Parties and Order of this Court, there currently is a status conference set for June 22, 2015, and a joint status report due on June 8, 2015 (ECF No. 34);

WHEREAS, due to Defendants' anticipated motion to dismiss Safari Club's First Amended Complaint, the Parties believe that the preparation of a joint status report by June 8,

**STIPULATION RE CHANGING SCHEDULING CONFERENCE AND JOINT STATUS REPORT DATES** (2:14-CV-01856-GEB-AC)

2

2015, and holding of a pretrial scheduling conference on June 22, 2015, are premature and, in the interests of efficiency and conservation of judicial and party resources, should be postponed until after the Court has resolved the motion to dismiss.

THEREFORE, in consideration of the foregoing, the Parties respectfully request approval of this stipulation to grant the following relief:

The preparation of the joint status report be rescheduled to November 16, 2015, and the June 22, 2015 pretrial scheduling conference be rescheduled to November 30, 2015, or the earliest dates thereafter that are convenient for the Court.

Dated this 28th day of May, 2015.

        Respectfully submitted,

*/s/ Douglas S. Burdin*
DOUGLAS S. BURDIN
SAFARI CLUB INTERNATIONAL
(D.C. Bar No. 434107)
Pro hac vice granted
*Attorney for Plaintiff Safari Club International*

KAMALA D. HARRIS
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General

*/s/ Alexandra Robert Gordon*
ALEXANDRA ROBERT GORDON
Deputy Attorney General
*Attorneys for Defendants Attorney General Harris & Director Bonham*

**STIPULATION RE CHANGING SCHEDULING CONFERENCE AND JOINT STATUS REPORT DATES** (2:14-CV-01856-GEB-AC)

3

1  HAVING CONSIDERED THE STIPULATION OF THE PARTIES, AND GOOD CAUSE

2  APPEARING, **IT IS SO ORDERED**:

3

4          The pretrial scheduling conference is rescheduled for December 7, 2015, at 9:00

5  a.m.  A joint status report shall be filed fourteen days prior to the hearing.

6  **Dated:  May 29, 2015**

        _____
        GARLAND E. BURRELL, JR.
        Senior United States District Judge