1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SAFARI CLUB INTERNATIONAL,**<br><br>Plaintiff,<br><br>v.<br><br>**KAMALA D. HARRIS, in her official capacity as the Attorney General of California; CHARLTON H. BONHAM, in his official capacity as the Director of the California Department of Fish and Wildlife,**<br><br>Defendants. | Case No. 2:14-cv-01856-GEB-AC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)** |

1

1   The motion to dismiss of defendants Attorney General Kamala D. Harris and California
2   Department of Fish & Wildlife Director Charlton H. Bonham, filed under Federal Rule of Civil
3   Procedure 12(b)(6), came on for hearing in this Court on September 28, 2015, at 9:00 a.m., in
4   Courtroom 10, before the Honorable Garland E. Burrell, Jr., United States District Court Judge.
5   Douglas S. Burdin appeared on behalf of plaintiff Safari Club International.  Deputy Attorney
6   General Alexandra Robert Gordon appeared on behalf of the defendants Attorney General Harris
7   and Director Bonham.

   Having considered the defendants' motion and plaintiff's opposition, the other pleadings
and documents on file in this case, and the arguments of the parties, the Court finds that plaintiff's
First Amended Complaint fails to state a claim as a matter of law and that plaintiff cannot cure
these defects by amendment.  Accordingly, the Court hereby **GRANTS** defendants' motion, and
dismisses the First Amended Complaint without leave to amend.

IT IS SO ORDERED.


Dated: _____     _____
                                        The Honorable Garland E. Burrell, Jr.