PETER A. BRANDT (CA Bar No. 241287)
pbrandt@humanesociety.org
HALLIE G. SEARS (DC Bar No. 1001756)
(admitted, *pro hac vice*)
hsears@humanesociety.org
THE HUMANE SOCIETY OF THE UNITED STATES
2100 L Street, NW
Washington, DC 20037
Telephone: 202-676-2335
Facsimile: 202-676-2357
*Attorneys for Proposed Amici*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL,<br><br>    Plaintiff;<br><br>    v.<br><br>KAMALA D. HARRIS, in her official capacity as Attorney General of California, and CHARLTON H. BONHAM, in his official capacity as Director of the California Department of Fish and Wildlife;<br><br>    Defendants. | Case No. 2:14-cv-01856-GEB-AC<br><br>**DECLARATION OF JOHN WILLIAM YEATES IN SUPPORT OF MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF**<br><br>Date:    July 27, 2015<br>Time:   9:00 a.m.<br>Judge:  Hon. Garland E. Burrell, Jr. |

**DECLARATION OF JOHN WILLIAM YEATES
IN SUPPORT OF MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF**

1.   I am over eighteen years of age and make this statement of my own free will. The statements here are of my own personal knowledge. The facts set forth are true to the best of my knowledge and recollection. If called, I could and would testify to these facts in a court of law.

2.   I have been a resident of California since 1975. I am a retired attorney and an inactive member of the State Bar of California. I am a current member of The Humane Society of the United States' ("HSUS") California State Council. I have a Master of Science in Natural Resources Management and a juris doctorate from the University of Pacific's McGeorge School of Law. I have an extensive background in biology, natural resources, and wildlife affairs,

including working for members of the California Legislature who were actively involved in the state's wildlife, natural resources, and biology laws, working for the California State Senate's Select Committee on Land Use, and working for the California Coastal Commission as a permit analyst and later staff counsel and lobbyist, which required me to work closely with the California Department of Parks and Recreation and Department of Fish and Game (now Fish and Wildlife). As described more fully below, I also spent several years serving as a member of, and in an advisory capacity for, two organizations devoted specifically to the management and protection of California's mountain lion population – the Mountain Lion Coalition and the Mountain Lion Foundation. In this capacity I helped to draft, and was an official sponsor of, Proposition 117, which is the law at issue in this case. My educational and professional background has provided me with a unique and informed perspective on the development of, and rationale for, mountain lion protection and management policy in California.

3.  Mountain lions are an iconic predator species native to the Americas. They are a natural part of the California landscape. As reported by the National Park Service, half of California is believed to be prime mountain lion country—from sea level to 10,000 feet in elevation—with a potential population of 5,000 statewide, though the California Department of Fish and Wildlife estimates their number to be around 4,000 and declining at present time. Prior to the early 1970s (from 1907-1963), California mountain lions, like other large predators, were hunted for a bounty, in which a monetary incentive was offered for every kill in an attempt to eradicate the species. Thereafter, the State changed the legal status of the species to "game," and mountain lions were subjected to regulated trophy hunting.

4.  Hunting of mountain lions has been viewed by many individuals as inconsistent with the conservation of the species, on grounds that hunting destabilizes local populations of this apex predator. When a dominant mountain lion is removed from its home territory this "void" is filled by younger, more opportunistic mountain lions that are more likely to take private livestock and could be more of a threat to public safety. Methods used to hunting mountain lions have been viewed by many individuals as especially cruel, oftentimes resulting in shooting a lion at point-blank range.

5. Because of the mountain lion's importance as a native predator, the State of California has taken several actions to protect its mountain lion population from overharvest and other threats, and to manage its mountain lion population in a way that protects natural lion population structure while maintaining public health and safety.

6. Many decades ago, California residents began calling for the State to protect and conserve the mountain lion and preserve its role in the natural environment, both within and outside of California. Acting on these interests, and in response to public opposition to hunting mountain lions, California began restricting activities of Californians who would kill the native keystone predator. The California Legislature passed legislation that Governor Reagan signed into law placing a moratorium on the hunting of mountain lions. Pursuant to this law the mountain lion was classified as a fully protected species. This moratorium was extended two more times until it was due to expire in 1986.

7. In or around 1985, I was hired to work for an unincorporated association of organizations known as the Mountain Lion Coalition ("Coalition") to assist in the passage of legislation to extend the moratorium on hunting mountain lions in California. The association of nonprofits that made up the Coalition included HSUS. As part of my employment with the Coalition, I worked closely with Dr. John Grandy, a representative from HSUS. Dr. Grandy is still currently employed by HSUS. The Coalition sponsored Senate Bill 76 ("SB 76"), which would have extended the moratorium on hunting mountain lions. SB 76 was approved by the California Legislature. However, Governor Deukmejian vetoed SB 76, thus allowing the ban on hunting mountain lions to expire.

8. In or around 1987, I incorporated and served on the board of directors for the Mountain Lion Foundation ("Foundation"), a nonprofit public-benefit corporation focused on protecting California's mountain lions. The Foundation focused on raising funds for mountain lion education and research, while the Coalition continued to push for legislation to re-instate the moratorium on mountain lion hunting and was prepared to oppose any proposed hunting season on mountain lions.

9. In or around 1987 and 1988, the California Fish and Game Commission approved hunting seasons for mountain lions. Given the prior history of bounty killing and subsequent protection of the species, the proposed hunt was very controversial. The Coalition successfully challenged each hunting season in California state court, thus preventing mountain lion hunting during 1987 and 1988 despite the absence of a moratorium.

10. In or around 1989, I helped draft an initiative to return the mountain lion to its fully protected classification and prohibit the hunting of mountain lions in California. This initiative would later become Proposition 117—the law at issue in this case. I was one of the official proponents who filed the initiative with the California Secretary of State, which triggered the requirement to gather the required number of signatures of registered voters to put the initiative measure before the voters for approval.

11. A campaign committee was formed to first gather the necessary signatures and then later to help pass the Proposition 117. HSUS and The Fund for Animals ("The Fund"), which in 2005 combined as independent but affiliated corporate entities, joined this campaign. Both organizations played a key role in the campaign to pass Proposition 117. HSUS and The Fund donated funding to help with gathering signatures and getting the message out on Proposition 117. In addition to Dr. Grandy, both Gretchen Wyler, the vice chairperson of The Fund's board of directors, and Wayne Pacelle, The Fund's Executive Director, played a key role in providing volunteers to gather signatures to certify the initiative measure for the ballot, and actively campaigned for the passage of Proposition 117. The proponents of Proposition 117 sought to protect mountain lions from trophy hunting, safeguard the mountain lion population in the face of its shrinking habitat, and stabilize the otherwise self-regulating nature of the apex predator to reduce conflicts between mountain lions and humans or their livestock. California voters approved Proposition 117 in the June 1990 election.

12. In early 1995, the California Legislature considered several bills to roll back protections for mountain lions enacted through Proposition 117. *See* Tony Perry, *Bill Seeks to Remove Some Protections for Cougars*, *available at* http://articles.latimes.com/1995-01-13/news/mn-19561_1_mountain-lions (attached hereto as Exhibit A). The bills proposed a legislative

referendum seeking voter approval to repeal all or significant portions of Proposition 117, specifically including the ban on hunting of mountain lions. *Id*. At this time, I was the President of the Foundation's board of directors. I went to an HSUS annual meeting in Seattle, Washington in the fall of 1995 to seek financial and staff support to oppose the attempt to undermine Proposition 117. As a result of this meeting, HSUS provided funding and authorized its California Field Director, Nancy Perry, to organize HSUS' substantial membership and volunteer base in California. Meanwhile, the Foundation and other supporters of Proposition 117 formed a separate campaign committee to oppose the attempt to roll back Proposition 117.

13. When the legislative referendum passed, and was prepared for submission to the voters as Proposition 197, HSUS was deeply involved in the campaign to defeat the measure. Through HSUS' extensive efforts we were able to raise over $800,000 in four months for the campaign. In addition to the campaign committee staff and me, the most active participants in the campaign were HSUS staff members Wayne Pacelle, Gretchen Wyler, and Nancy Perry. Without HSUS' extensive support I do not believe we would have successfully defeated the challenge to Proposition 117 so that mountain lions continue to receive protection from hunting in California.

14. After the defeat of Proposition 197 in 1996, HSUS was also involved in subsequent legislative amendments to the statutory scheme established by Proposition 117. HSUS supported legislation in 1999 to clarify the California Department of Fish and Game's authority to take "problem" lions in response to public safety concerns. And in 2012 HSUS supported legislation to create a new statutory section allowing for scientific research projects supporting mountain lion conservation that might otherwise have been prohibited by Proposition 117. Each of these amendments effectively reaffirmed mountain lions' "protected species" status by allowing certain activities relating to mountain lions in the face of arguments that Proposition 117 should be repealed entirely and mountain lion hunting should be allowed.

Pursuant to 26 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, based on my own personal knowledge, and as to those matters, I believe them to be true.

Executed this 25th day of June, 2015, in Sacramento, California.

John William Yeates