Linda J. Linton, Esq. (Counsel for Service)
(California Bar No. 177821)
Linton & Associates, P.C.
6900 S. McCarran Blvd., #2040
Reno, NV  89509
Telephone: (775) 333-0881
Facsimile: (775) 333-0877
llinton@lintonlegal.com

Douglas S. Burdin, Esq.
(D.C. Bar No. 434107)
Anna M. Seidman, Esq.
(D.C. Bar No. 417091)
Safari Club International
501 2nd Street N.E.
Washington, D. C.  20002
Telephone: (202) 543-8733
Facsimile: (202) 543-1205
dburdin@safariclub.org
aseidman@safariclub.org
Counsel for Plaintiff
Safari Club International

# IN THE DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAFARI CLUB INTERNATIONAL | ) | 2:14-cv-01856-GEB-AC |
| | ) | |
| Plaintiff, | ) | **PLAINTIFF'S NON-OPPOSITION TO HUMANE SOCIETY OF THE UNITED STATES ET AL.'S MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF** |
| v. | ) | |
| KAMALA D. HARRIS, in her official capacity as the Attorney General of California; CHARLTON H. BONHAM, in his official capacity as the Director of the California Department of Fish and Wildlife | ) | Date:  July 27, 2015<br>Time:  9:00 a.m.<br>Courtroom: 10, 13th Floor<br>Judge: Hon. Garland E. Burrell, Jr.<br>Action Filed: August 6, 2014 |
| Defendants. | ) | |

Plaintiff Safari Club International ("Safari Club") does not oppose the motion for leave to file an amicus brief by the Humane Society of the United States, et al. ("HSUS") (Dkt. 43, filed June 26, 2015), as the motion, supporting declaration, and proposed amicus brief are essentially and substantively the same as HSUS filed in December 2014.  By not opposing the motion, however, Safari Club does not in any way accept the arguments and factual assertions made in support of the motion, brief, and supporting documents, or accept the alleged expertise of HSUS' declarant.  Safari Club also does not oppose HSUS' request for judicial notice, but does not concede that any of the exhibits are relevant or helpful, and does not admit that the contents of the documents are true.

Dated this 6th day of July, 2015.

    Respectfully submitted,

/s/ Douglas S. Burdin
Douglas S. Burdin, Esq.*
(D.C. Bar No. 434107)
Anna M. Seidman, Esq.*
(D.C. Bar No. 417091)
Jeremy E. Clare, Esq.*
(D.C. Bar No. 1015688
Safari Club International
501 2nd Street N.E.
Washington, D. C.  20002
Telephone: (202) 543-8733
Facsimile: (202) 543-1205
dburdin@safariclub.org
aseidman@safariclub.org
jclare@safariclub.org

Linda J. Linton, Esq. (Counsel for Service)
(California Bar No. 177821)
Linton & Associates, P.C.
6900 S. McCarran Blvd., #2040
Reno, NV  89509
Telephone: (775) 333-0881

**PLAINTIFF'S NON-OPPOSITION TO HUMANE SOCIETY OF THE UNITED STATES ET AL.'S MOTION FOR LEAVE TO FILE AMICUS BRIEF**

1

Facsimile: (775) 333-0877
llinton@lintonlegal.com

Counsel for Plaintiff
Safari Club International

* Pro Hac Vice Granted

**PLAINTIFF'S NON-OPPOSITION TO HUMANE SOCIETY OF THE UNITED STATES ET AL.'S MOTION FOR LEAVE TO FILE AMICUS BRIEF**