PETER A. BRANDT (CA Bar No. 241287)
pbrandt@humanesociety.org
HALLIE G. SEARS (DC Bar No. 1001756)
hsears@humanesociety.org
Admitted *pro hac vice*
THE HUMANE SOCIETY OF THE UNITED STATES
2100 L Street, NW
Washington, DC 20037
Telephone:  202-676-2335
Facsimile:   202-676-2357
*Attorneys for Proposed Amici*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL,<br><br>  Plaintiff;<br><br>  v.<br><br>KAMALA D. HARRIS, in her official capacity as Attorney General of California, and CHARLTON H. BONHAM, in his official capacity as Director of the California Department of Fish and Wildlife;<br><br>  Defendants. | Case No. 2:14-cv-01856-GEB-AC<br><br>**STIPULATION RE ADJUDICATION OF MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF BY THE HUMANE SOCIETY OF THE UNITED STATES AND THE FUND FOR ANIMALS ON THE RECORD AND BRIEF**<br><br>**(Local Rule 230 (g))** |

The parties hereby stipulate, pursuant to Local Rule 230(g), to the adjudication of proposed *Amici* The Humane Society of the United States' and The Fund for Animals' Motion for Leave to File an *Amicus Curiae* Brief, Dkt. # 43, on the record and brief.

The parties respectfully request that the Court recognize this Stipulation and accordingly adjudicate this Motion on the parties' stated positions and the Memorandum submitted in support of the Motion, and remove from the calendar the Hearing on the Motion scheduled for July 27, 2015.

Dated:  July 13, 2015                            Respectfully submitted,


By:  /s/ Hallie G. Sears
    HALLIE G. SEARS
    Admitted *pro hac vice*
    PETER A. BRANDT
    *Attorneys for Proposed Amici The Humane Society of the United States and The Fund For Animals*


By:  /s/ Alexandra Robert Gordon
    ALEXANDRA ROBERT GORDON
    Deputy Attorney General
    *Attorney for Defendants Attorney General Harris & Director Bonham*


By:  /s/ Douglas S. Burdin
    DOUGLAS S. BURDIN
    Admitted *pro hac vice*
    *Attorney for Plaintiff Safari Club International*

## ORDER

The parties' Stipulation re Adjudication of the Motion for Leave to File Amicus Curiae Brief by The Humane Society of the United States and The Fund for Animals, requesting adjudication on the brief submitted in support thereof, and requesting removal of the Hearing on the Motion scheduled for July 27, 2015, is hereby

APPROVED and IT IS SO ORDERED.

Dated: July 14, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge