UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KAMALA D. HARRIS, in her official capacity as the Attorney General of California; CHARLTON H. BONHAM, in his official capacity as the Director of the California Department of Fish and Wildlife,<br><br>　　　　Defendants. | No. 2:14-CV-01856-GEB-AC<br><br>**ORDER GRANTING AMICI'S MOTION FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF** |

　　　　The Humane Society of the United States and The Fund for Animals (collectively "Amici") seek leave to file an amicus curiae brief in support of Defendant's Motion to Dismiss Plaintiff's First Amended Complaint ("FAC"). Plaintiff seeks an injunction preventing enforcement of "California's ban on the importation, transportation, and possession of mountain lions hunted outside of California." (FAC ¶ 1, ECF No. 38.) Amici argue they "have a substantial interest in the litigation and will provide relevant points of legal authority and unique information as to the development and basis for the law at issue that will

1

1 | assist the Court to resolve the pending motion." (Not. Mot. &
2 | Mot., 2:12-15, ECF No. 43.) A copy of the proposed brief is
3 | attached to Amici's motion. (ECF No. 43-2.)
4 |     The motion is unopposed and is GRANTED.
5 | Dated: July 15, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge