Linda J. Linton, Esq. (Counsel for Service)
(California Bar No. 177821)
Linton & Associates, P.C.
6900 S. McCarran Blvd., #2040
Reno, NV  89509
Telephone: (775) 333-0881
Facsimile: (775) 333-0877
llinton@lintonlegal.com

Douglas S. Burdin, Esq.
(D.C. Bar No. 434107)
Anna M. Seidman, Esq.
(D.C. Bar No. 417091)
Safari Club International
501 2nd Street N.E.
Washington, D. C.  20002
Telephone: (202) 543-8733
Facsimile: (202) 543-1205
dburdin@safariclub.org
aseidman@safariclub.org
Counsel for Plaintiff
Safari Club International

**IN THE DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| SAFARI CLUB INTERNATIONAL | ) | 2:14-cv-01856-GEB-AC |
| | ) | |
| Plaintiff, | ) | **STIPULATION REGARDING POSTPONING FILING OF STATUS REPORT AND PRETRIAL SCHEDULING CONFERENCE** |
| v. | ) | |
| KAMALA D. HARRIS, in her official capacity as the Attorney General of California; CHARLTON H. BONHAM, in his official capacity as the Director of the California Department of Fish and Wildlife | ) | **(Local Rule 143, 230(f))** |
| | ) | Courtroom: 10, 13th Floor |
| | ) | Judge: Hon. Garland E. Burrell, Jr. |
| | ) | Submitted on Record |
| Defendants. | ) | Action Filed: August 6, 2014 |
| _____ | ) | |

**STIPULATION REGARDING POSTPONING FILING OF STATUS REPORT AND SCHEDULING CONFERENCE**

1

Plaintiff Safari Club International ("Plaintiff") and Defendants Attorney General Kamala D. Harris and Director Charlton H. Bonham ("Defendants," and collectively with Plaintiff, the "Parties"), by and through their respective counsel, jointly submit for approval this stipulation regarding the postponement of the status report and pretrial scheduling conference (currently set for November 23, 2015, and December 7, 2015, respectively).  In support, the Parties state the following:

WHEREAS, on August 6, 2014, Plaintiff filed its Complaint for Declaratory and Injunctive Relief.  The Court granted the Defendants' Motion to Dismiss but allowed Plaintiff to file an amended complaint.  Dkt. 37.  Plaintiff filed its First Amended Complaint on May 13, 2015.  Dkt. 38.

WHEREAS, on June 17, 2015, Defendants filed a Motion to Dismiss Plaintiff's First Amended Complaint.  Dkt. 42.  The Parties have fully briefed that motion and the Court issued an order cancelling the hearing that was scheduled for September 28, 2015.

WHEREAS, due to the pending motion to dismiss Plaintiff's second amended complaint, the Parties believe that the filing of a joint status report by November 23, 2015, and holding of a pretrial scheduling conference on December 7, 2015, are premature and, in the interests of efficiency and conservation of judicial and party resources, should be postponed until after the Court has resolved the motion to dismiss.

WHEREAS, the Court granted a similar postponement of the joint status report and pretrial scheduling conference on October 17, 2014 (Dkt. 17) due to a then-pending motion to dismiss.

WHEREAS, if the Court denies the current motion to dismiss, the Parties will confer and propose new dates for the joint status report and pretrial scheduling conference.

2

**STIPULATION REGARDING POSTPONING FILING OF STATUS REPORT AND SCHEDULING CONFERENCE**

1  THEREFORE, pursuant to Local Rules 143 and 230, and in consideration of the foregoing, the Parties respectfully request approval of this stipulation to grant the following relief:

The filing of a joint status report on November 23, 2015 and December 7, 2015 pretrial scheduling conference are postponed until after the Court resolves the pending motion to dismiss, at which time, if necessary, the Parties shall propose new dates for the joint status report and pretrial scheduling conference.

Dated this 20th day of October, 2015.

                                              Respectfully submitted,

*/s/ Douglas S. Burdin*
DOUGLAS S. BURDIN
SAFARI CLUB INTERNATIONAL
(D.C. Bar No. 434107)
Pro hac vice granted
*Attorney for Plaintiff Safari Club International*

KAMALA D. HARRIS
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General

*/s/ Alexandra Robert Gordon*
ALEXANDRA ROBERT GORDON
Deputy Attorney General
*Attorneys for Defendants Attorney General Harris & Director Bonham*

**IT IS SO ORDERED,**

**Dated:**

**STIPULATION REGARDING POSTPONING FILING OF STATUS REPORT AND SCHEDULING CONFERENCE**

3