# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

**SAFARI CLUB INTERNATIONAL**                    CASE:  **2:14–CV–01856–JAM–AC**

                                 vs.

**KAMALA D. HARRIS, ET AL.**                    **ORDER OF REASSIGNMENT**

—————————————————  /

        The court, having considered the senior status of **District Judge**

**Garland E. Burrell, Jr. ,** finds the necessity for reassignment of the above captioned case,

and for notice to be given to the affected parties.

        IT IS THEREFORE ORDERED that:

        The above captioned case shall be and is hereby **REASSIGNED** from

**District Judge Garland E. Burrell, Jr.** to **Judge John A. Mendez** for all

further proceedings.  The new case number for this action, which must be used on all documents

filed with the court, is:  **2:14–CV–01856–JAM–AC**

        All dates currently set in this reassigned action shall remain pending subject to further order

of the court.

        DATED:  January 8, 2016

                                ————————————————————
                                **MORRISON C. ENGLAND, JR.**, CHIEF
                                U.S. DISTRICT COURT JUDGE