# IN THE DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL,<br><br>Plaintiff,<br><br>v.<br><br>KAMALA D. HARRIS, in her official capacity as the Attorney General of California; CHARLTON H. BONHAM, in his official capacity as the Director of the California Department of Fish and Wildlife,<br><br>Defendants. | NO. 2:14–CV–01856–JAM–AC<br><br>[~~Proposed~~] *JM* ORDER GRANTING UNOPPOSED MOTION FOR ENTRY OF FINAL JUDGMENT BY PLAINTIFF SAFARI CLUB INTERNATIONAL<br><br>Judge: Hon. John A. Mendez |

Plaintiff Safari Club International ("Plaintiff"), by and through counsel, moved for the entry of a final judgment in this case consistent with the Court's Order Granting Motion to Dismiss Plaintiff's First Amended Complaint, Dkt. 57 (January 6, 2016). In that Order, the Court granted the Defendants' motion to dismiss but granted Plaintiff leave to amend. *Id.* at 16. Thus, the Court did not enter final judgement against Plaintiff. Plaintiff states that it has determined that it does not want to file another amended complaint. Instead, it seeks the entry of a final judgment so that it can appeal the Court's ruling. This motion is unopposed.

1  Having considered Plaintiff's motion and the other papers on file in this case, the Court
2  finds that entry of a final judgment in this case is appropriate. The Court therefore grants
3  Plaintiff's motion and enters a final judgment in this case dismissing Plaintiff's First Amended
4  Complaint.

IT IS SO ORDERED.

Dated: 1-20-2016

_____
The Honorable John A. Mendez
United States District Court Judge

2

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR ENTRY OF FINAL JUDGEMENT BY PLAINTIFF SAFARI CLUB INTERNATIONAL