Linda J. Linton, Esq. (Counsel for Service)
(California Bar No. 177821)
Linton & Associates, P.C.
6900 S. McCarran Blvd., #2040
Reno, NV  89509
Telephone: (775) 333-0881
Facsimile: (775) 333-0877
llinton@lintonlegal.com

Douglas S. Burdin, Esq.
(D.C. Bar No. 434107)
Anna M. Seidman, Esq.
(D.C. Bar No. 417091)
Safari Club International
501 2nd Street N.E.
Washington, D. C.  20002
Telephone: (202) 543-8733
Facsimile: (202) 543-1205
dburdin@safariclub.org
aseidman@safariclub.org
Counsel for Plaintiff
Safari Club International

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KAMALA D. HARRIS, in her official )<br>capacity as the Attorney General of )<br>California; CHARLTON H. BONHAM, in )<br>his official capacity as the Director of the )<br>California Department of Fish and Wildlife )<br>)<br>Defendants. )<br>)<br>) | 2:14-cv-01856-JAM-AC<br><br>**PLAINTIFF'S NOTICE OF APPEAL**<br><br>Judge: Hon. John A. Mendez<br>Action Filed: August 6, 2014 |

**PLAINTIFF'S NOTICE OF APPEAL**                                                                                                      1

Pursuant to Fed. R. App. P. 3 & 4, notice is given on this 18th day of February, 2016, that Plaintiff Safari Club International appeals to the United States Court of Appeals for the Ninth Circuit from this Court's (1) Order Granting Motion to Dismiss Plaintiff's Complaint (Dkt. 37, entered April 29, 2015), (2) Order Granting Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. 57, entered January 6, 2016), and (3) Judgment in a Civil Case (Dkt. 63, entered January 21, 2016).

Dated this 18th day of February, 2016.

                                            Respectfully submitted,

                                            /s/ Douglas S. Burdin
                                            Douglas S. Burdin, Esq.*
                                            (D.C. Bar No. 434107)
                                            Anna M. Seidman, Esq.*
                                            (D.C. Bar No. 417091)
                                            Jeremy E. Clare, Esq.*
                                            (D.C. Bar No. 1015688)
                                            Safari Club International
                                            501 2nd Street N.E.
                                            Washington, D. C.  20002
                                            Telephone: (202) 543-8733
                                            Facsimile: (202) 543-1205
                                            dburdin@safariclub.org
                                            aseidman@safariclub.org
                                            jclare@safariclub.org

                                            Counsel for Plaintiff
                                            Safari Club International

                                            * Pro Hac Vice Granted

**PLAINTIFF'S NOTICE OF APPEAL**                                                        2

**CERTIFICATE OF SERVICE**

Case Name:   **Safari Club International v. Kamala D. Harris, et al.**   No.   **2:14-cv-01856-JAM-AC**

I hereby certify that on February 18, 2016, I electronically filed the following document with the Clerk of the Court by using the CM/ECF system:

**PLAINTIFF'S NOTICE OF APPEAL**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 18, 2016.

Respectfully submitted,

/s/ Douglas S. Burdin
Douglas S. Burdin, Esq.*
(D.C. Bar No. 434107)

Counsel for Plaintiff
Safari Club International

* Pro Hac Vice Granted