UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**SAFARI CLUB INTERNATIONAL,**
     Plaintiff

    v.                                    **CASE NO. 2:14–CV–01856–JAM–AC**

**KAMALA D. HARRIS, ET AL.,**
     Defendant

    You are hereby notified that a Notice of Appeal was filed on **February 18, 2016** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

February 19, 2016

                          **MARIANNE MATHERLY**
                          **CLERK OF COURT**

                     **by:** /s/ A. Benson
                           Deputy Clerk