UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

TO: CLERK, U.S. COURT OF APPEALS

FROM: CLERK, U.S. DISTRICT COURT

SUBJECT: NEW APPEALS DOCKETING INFORMATION

CASE INFORMATION

| | |
|---|---|
| USDC Number: | **2:14−CV−01856−JAM−AC** |
| USDC Judge: | **DISTRICT JUDGE JOHN A. MENDEZ** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **SAFARI CLUB INTERNATIONAL vs. KAMALA D. HARRIS** |
| Type: | **CIVIL** |
| Complaint Filed: | **8/6/2014** |
| Appealed Order/Judgment Filed: | **1/21/2016** |
| Court Reporter Information: | **n/a** |

FEE INFORMATION

**Fee Status: Paid on 2/18/2016 in the amount of $505.00**

Information prepared by: /s/ **A. Benson , Deputy Clerk**